UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MICHELE A. NEHMER,**

    **Plaintiff,**

v.                                     Case No. 8:23-cv-2172-MSS-AAS

**CARE ONE OF FLORIDA,**

    **Defendant.**
_____/

## REPORT AND RECOMMENDATION

After reviewing the plaintiff's complaint and application to proceed *in forma pauperis* (Docs. 1, 2), the court took the plaintiff's motion under advisement pending the plaintiff submitting an amended complaint by November 15, 2023. (Doc. 5). The court warned the plaintiff that failure to timely file an amended complaint and affidavit of indigency may result in a recommendation of denial of the motion to proceed *in forma pauperis*. (*Id.* at p. 4). To date, the plaintiff has not filed an amended complaint.

Thus, it is **RECOMMENDED** that the plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 2) be **DENIED**, and the complaint (Doc. 1) be **DISMISSED without prejudice**.

**ENTERED** in Tampa, Florida on November 22, 2023.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

## NOTICE TO PARTIES

The plaintiffs have fourteen days from the date they are served a copy of this report to file written objections to this report's proposed findings and recommendations or to seek an extension of the fourteen-day deadline to file written objections. 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. A party's failure to object timely in accordance with 28 U.S.C. § 636(b)(1) waives that party's right to challenge on appeal the district court's order adopting this report's unobjected-to factual findings and legal conclusions. 11th Cir. R. 3-1.

cc:

Michele A. Nehmer
1030 Falcon Ave
Spring Hill, FL 34608